### REED, executor, v. AUBREY, executrix.

SIMMONS, J.—This being the first grant of a new trial in this case, we will not interfere with the judgment of the court below in granting it, especially as there are some difficult legal questions in the case which were not fully argued before us.      *Judgment affirmed.*
May 7, 1890.

J. B. CONYERS and W. K. MOORE, for plaintiff.

J. H. WIKLE, BAKER & HEYWARD and AKIN & HARRIS, for defendant.

---

### ADEN et al. v. EDMUNDSON.

SIMMONS, J.—This being the first new trial in this case, the trial judge did not abuse his discretion in granting the same.
May 9, 1890.                          *Judgment affirmed.*

C. D. PHILLIPS and J. C. ALLEN, by HARRISON & PEEPLES, for plaintiffs.

No appearance for defendant.

---

### THE SOUTHERN MUTUAL INSURANCE CO. v. THOMSON.

SIMMONS, J.—Where the trial judge grants a first new trial generally, this court will not scan the record closely in order to find error.
May 14, 1890.                          *Judgment affirmed.*

ROSS & ANDERSON, for plaintiff in error.

HILL & HARRIS and M. R. FREEMAN, by brief, *contra.*